### 9166. MADDEN & SONS *v.* BECKHAM.

BROYLES, P. J. 1. No assignment of error having been made upon the direction of a verdict in this case, the Court of Appeals has no authority to decide whether the trial judge erred in so directing. *Dickenson* v. *Stults,* 120 *Ga.* 632 (48 S. E. 173); *Arnold* v. *Ragan,* 5 *Ga. App.* 254 (62 S. E. 1052).

2. The verdict was authorized by the evidence, and the judgment refusing to grant a new trial must be

*Affirmed. Bloodworth and Harwell, JJ., concur.*
DECIDED JANUARY 22, 1918.

Action for damages; from Pike superior court—Judge Searcy. July 21, 1917.

The error assigned in the bill of exceptions is the overruling of a motion for a new trial, the grounds of which are not stated. The motion for a new trial was not sent up, and was not specified as a part of the record material to an understanding of the case.

*E. F. Dupree,* for plaintiffs in error. *Redding & Lester,* contra.